UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEAVEN BENJAMIN,

                 Plaintiff,

-against-

RMSC WARDEN (JOHN DOE), ET AL.,

                 Defendants.

24-cv-4098 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 23, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge